# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WPEM, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | Case No. 2:18-cv-00156-JRG |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| SOTI INC., § | |
| § | |
| *Defendant*. § | |

## NOTICE OF COMPLIANCE RE: DEFENDANT'S P.R. 3-3 AND 3-4 DISCLOSURES

Defendant SOTI Inc. ("SOTI") provides notice that it has complied with Local Patent Rules 3-3 and 3-4 and the Docket Control Order (Dkt. No. 26) by serving its Invalidity Contentions on counsel for Plaintiff WPEM, LLC via electronic mail on October 23, 2018.

73585406.1

Date: October 23, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By  */s/ Robert Greeson*
　　　　　　　　　　　　　　　　　　　　Robert Greeson

　　　　　　　　　　　　　　　　　　**NORTON ROSE FULBRIGHT US LLP**
　　　　　　　　　　　　　　　　　　Robert Greeson (Texas Bar No. 24045979)
　　　　　　　　　　　　　　　　　　**Lead Attorney**
　　　　　　　　　　　　　　　　　　robert.greeson@nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 3600
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Tel: (214) 855-7430
　　　　　　　　　　　　　　　　　　Fax:(214) 855-8200

　　　　　　　　　　　　　　　　　　Erik Janitens (Texas Bar No. 24097878)
　　　　　　　　　　　　　　　　　　erik.janitens@nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　1301 McKinney Street, Suite 5100
　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　Tel: (713) 651-3629
　　　　　　　　　　　　　　　　　　Fax:(713) 651-5246

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT SOTI INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　*/s/Robert Greeson*
　　　　　　　　　　　　　　　　　　　　Robert Greeson