UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WPEM, LLC,   )<br>    Plaintiff,   )<br>        )<br>v.   )<br>        )<br>        )<br>SOTI, INC.   )<br>    Defendant.   ) | Civil Action No. 2:18-CV-00156<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S OPPOSED MOTION TO DISMISS WITH PREJUDICE INFRINGEMENT CLAIMS FOR U.S PATENT NO. 9,148,762

WPEM, LLC, files this Motion to Dismiss, with prejudice, the action alleging infringement of U.S. Pat. No. 9,148,762 against Defendant SOTI, Inc.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for WPEM, LLC*

1

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for SOTI, Inc. and they did not get back with us to discuss.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served today, October 30, 2018, with a copy of the foregoing via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III