UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WPEM, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 2:18-CV-00156 |
| v. ) | |
| ) | |
| ) | |
| SOTI, INC. ) | JURY TRIAL DEMANDED |
|     Defendant. ) | |

**(proposed) ORDER on PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE INFRINGEMENT CLAIMS FOR U.S PATENT NO. 9,148,762**

The Court, having considered WPEM, LLC's Opposed Motion to Dismiss, with prejudice, infringement claims for U.S. Pat. No. 9,148,762 against Defendant SOTI Inc., is of the OPINION the Motion should be GRANTED. Accordingly, it is ORDERED that WPEM, LLC's Opposed Motion to Dismiss, with prejudice, infringement claims for U.S. Pat. No. 9,148,762 against Defendant SOTI Inc. is GRANTED. Each party bears its own costs.