**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WPEM, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **Case No. 2:18-cv-00156-JRG** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SOTI INC.,** | § | |
| | § | |
| *Defendant*. | § | |

<u>**ORDER GRANTING SOTI, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**</u>

Before the Court is Defendant SOTI Inc.'s ("SOTI") Unopposed Motion for Extension of Time.  The Motion is **GRANTED**.  The deadline for SOTI to respond to Plaintiff's Opposed Motion to Dismiss is hereby extended up to and including November 20, 2018.  All other deadlines remain in full force and effect.

**SO ORDERED.**

73653276.1