# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WPEM, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | Case No. 2:18-cv-00156-JRG |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| SOTI INC., § | |
| § | |
| *Defendant*. § | |

### ORDER GRANTING WPEM'S MOTION TO DISMISS WITH PREJUDICE AND GRANTING SOTI'S MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Plaintiff WPEM, LLC's ("WPEM") motion to dismiss its claims with prejudice (Dkt. No. 28) and Defendant SOTI Inc.'s ("SOTI") motion to dismiss its claims without prejudice (collectively the "Motions"). Having considered the Motions and related briefing, the Court hereby **GRANTS** the Motions. Each of WPEM's claims are hereby **DISMISSED WITH PREJUDICE** and each of SOTI's claims are hereby **DISMISSED WITHOUT PREJUDICE**.