IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WPEM, LLC, | § | |
| Plaintiff, | § § § | Case No. 2:18-cv-00156-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| SOTI INC., | § § § | |
| Defendant. | § | |

### ORDER GRANTING SOTI INC. LEAVE TO FILE A MOTION TO RECOVER ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285

Before the Court is Defendant SOTI Inc.'s ("SOTI") Motion for Leave to File a Motion to Recover Attorneys' Fees Pursuant to 35 U.S.C. § 285 (the "Motion"). Having considered the Motion and related briefing, the Court hereby **GRANTS** the Motion.

SOTI is **GRANTED** leave to file its motion for fees within 14 days of this Order.

**SO ORDERED.**

73686743.1