# EXHIBIT 4

 Search

**98 New Texas Clients** - 98 new legal clients seeking a Texas attorney. View their cases



## Scott Taylor · 2nd

Project Manager, IT Service Projects (ITSP) at ExxonMobil Global Services Company

Houston, Texas

ExxonMobil Global Services Company

 See contact info

500+ connections

Connect    🔒 Message    More...

Senior professional with experience as a Sr. IT Project Manager, Business Analyst and IT Program/Project Management. Well organized and detailed oriented with strong analytical problem solving and Project Management Methodology skills. A team player with ability to delegate, influence work of others and e...

 ExxonMobil

Show more ⌄

## Activity
608 followers

Colleen Callahan #Kudos Keep up the great work! #GreatJob

Scott shared this
4 Likes

See all

## Experience

### Project Manager, IT Service Projects (ITSP)
ExxonMobil Global Services Company
Jan 2019 – Present · 3 mos
Houston, Texas Area

Project Manager responsible for the Datacenter Reclamation track of the Global Datacenter Modernization Project. Responsible for development of project strategy, processes, tasks, and plan for conducting a systematic audit against datacenter infrastructures. Identification of servers, storage systems, racks, and network equipment for consideration of reclamation. Performed end to end audit of all identified equipment for legacy interdependencies, data, applications, and applicable licenses for retirement. This included review of all remaining data against corporate retention policies.
... See more

### SR. IT Project Manager
MODEC International Inc
Aug 2013 – Jan 2019 · 5 yrs 6 mos

**Promoted**

 **Mays Full-Time MBA TX A&M**
Texas A&M. MBA-level pay for MBA level job. 400,000 + member Aggie Network.

 **Learn M&A with Columbia**
And earn digital certificate - 100% online, case studies, live sessions

 **Don't Litigate - Mediate!**
America's Top Rated Civil Mediators Bios and Calendars online for free...

Learn more    Learn more

### People Also Viewed

 **Howard Robertson** · 3rd
IT Services and Operations Manager MODEC International, Inc

 **Daniel Marcello** · 3rd
Constructional Engineer at Marc Co.

 **Frank Civitate** · 3rd
Owner & President of Synergy St Inc.

 **Bara Mann** · 3rd
Process Engineer at Chevron

**Christopher Antonini** · 3rd
IT Recruiter at A.C. Coy

 **Erika Hernandez** · 3rd
Project Assistant at Braun Interte Corporation

**Louise Llanera** · 3rd
Technical Recruiter at Mitchell M Inc.

 **Nanda Kishore** · 3rd
Sr. Recruiter at Mitchell Martin In

 **Neila Rosales** · 3rd
Project Controls Analyst II at MO International INC

 **Tyler Bogan** · 3rd
Technical Recruiter at Robert Hal

### Learn the skills Scott has



**Business Acumen for Project Managers**
Viewers: 39,506

**Agile Analysis Weekly**
Viewers: 13,259

Scott Taylor | LinkedIn

   

🔍 Search

Reactivate
Premium for Free

Viewers: 16,988

Project Manager for Disaster Recovery implementation for SAP, AWS & IES infrastructure. Multiple Microsoft initiatives; 1) involving the migration/consolidation of user accounts, compute... See more

Promoted

 **Mays Full-Time MBA TX A&M**
Texas A&M. MBA-level pay for MBA level job. 400,000 + member Aggie Network.

 **Learn M&A with Columbia**
And earn digital certificate - 100% online, case studies, live sessions

 **Don't Litigate - Mediate!**
America's Top Rated Civil Mediators Bios and Calendars online for free...

    

### Business Analyst / Project Manager / Program Manager
W2W LLC - SAFECELLapp
Jan 2010 – Oct 2015 · 5 yrs 10 mos

• Responsible for the full SDLC for the development and design of state of the art "Distracted Driving" mobile software application using Agile methodology. Performed in-depth business analyst of the distracted driving issues to identify current software solutions and market. Documented current capabilities and gaps in technology for issue.
• Created all scope/white papers retaining to the software's capabilities to be designed into both iPhone OS4 and Android OS2.x mobile platforms. Researched and identified prospective software development companies. Prepared all RFQ/proposals for bidding. Scheduled and facilitated all software development meetings during build and UAT test cycles.
• Responsible for the design and development of 2 proprietary databases for 1. Cellular laws at a Federal, State, County, and Municipality level for both the United States and Canada. 2. All known public schools approximately 139,000 plus as part of the mobile software solution.
• Managed project plan, daily scrum meetings, story validation, backlog creation, sprints, UAT test cycles, resources, tasks and timeframes in accordance with software launch schedules and ongoing business initiatives. Worked directly with developers to identify software anomalies, failures, bugs, root causes, solutions, and retest prior to signoff.
• Created, executed and managed the work plan for each assigned project task and ensured project met business objectives, was on time, on budget and within contract specifications.
• Worked directly with patent attorneys on the development of provisional, non-provisional, and PCT foreign patent applications. See less

 ### Senior IT Program BA
Chevron Gas and Midstream Division HQ IT
Jan 2012 – Aug 2013 · 1 yr 8 mos
Houston, Texas Area

Senior Project IT Business Analyst SharePoint Deployment

• Responsible for business requirements gathering for Contract Document Management SharePoint design, development and solution deployment, specifically use cases, supplementary sp... See more

 ### Hewlett-Packard
10 yrs 10 mos

○ #### Service Segment Manager
Feb 2003 – Dec 2010 · 7 yrs 11 mos

• Conducted daily business analysis of the volume direct business model responsible for all aspects of the SO Management systems and auto-reg. of services totaling over $582 mil dollars annually. This included daily analysis of all OMS for errors and the identification of any trends/issues leveraging Microsoft 2007 Excel. Worked with IT groups and key stakeholders to resolve ... See more

○ #### Program Manager Services Registration / Business Analyst
Mar 2000 – Feb 2003 · 3 yrs

• Member of multiple CORE teams responsible for documenting business requirements and the creation of detail process flow charts of internal systems. This information was then used to development and implement registration processes for capturing of uplifted services and support contracts for critical application servers and extended warranties on enterprise level syst... See more

**Show 2 more experiences** ˅

---

## Education

### EDUCBA - Online
Agile / Scrum Master Certification, Agile Project Management
2017 – 2017

 Search

Harvard School of Business Online
PMP Continuing Education
2006 – 2007

PMP Continuing Education

George Washington University Online
PMP Certification, PMP Certification
2004 – 2006

ESI-eLearning PMP Certification

Show 1 more education ⌄

Promoted

 **Mays Full-Time MBA TX A&M**
Texas A&M. MBA-level pay for MBA level job. 400,000 + member Aggie Network.

 **Learn M&A with Columbia**
And earn digital certificate - 100% online, case studies, live sessions

 **Don't Litigate - Mediate!**
America's Top Rated Civil Mediators Bios and Calendars online for free...

## Licenses & Certifications

**Bareboat Charter Master Level III**
NauticEd - The World's Most Advanced Sailing Education and Sailing Certification
Credential ID 2017-63343902

**Bareboat Charter Qualified Crew Member - Level II**
NauticEd - The World's Most Advanced Sailing Education and Sailing Certification
Credential ID 2017-63343902

**Bareboat Charter Qualified Skipper**
NauticEd - The World's Most Advanced Sailing Education and Sailing Certification
Credential ID 2017-63343902

Show more ⌄

## Volunteer Experience

**Volunteer for the Houston Food Bank**
Self
Nov 2014 – Dec 2014 • 2 mos

Worked preparing meals for the homeless and veterans over the holidays.

## Skills & Endorsements

**Management** · 19

 Endorsed by **Barbra Smith**, who is highly skilled at this     Endorsed by **3 of Scott's colleagues at MODEC, Inc.**

**Program Management** · 15

Endorsed by **3 of Scott's colleagues at MODEC, Inc.**

**SharePoint** · 11

Endorsed by **2 of Scott's colleagues at MODEC, Inc.**

Show more ⌄

Scott Taylor | LinkedIn

 🔍 Search

   

Reactivate
Premium for Free

---

Received (0)    **Given (1)**

Promoted

 **BJ Rieck**
Supply Chain Manager
August 6, 2014, BJ worked with
Scott in the same group

BJ is a very detail oriented individual. I worked with BJ for 4 plus years as a Senior Buyer for Compaq. He was a valued peer that was always willing to assist or provide input whenever needed. S. Taylor

 **Mays Full-Time MBA TX A&M**
Texas A&M. MBA-level pay for MBA level job. 400,000 + member Aggie Network.

 **Learn M&A with Columbia**
And earn digital certificate - 100% online, case studies, live sessions

 **Don't Litigate - Mediate!**
America's Top Rated Civil Mediators Bios and Calendars online for free...

---

## Accomplishments

**3** Patents 

**SAFECELL 360 WIRELESS POLICY ENFORCEMENT MANAGEMENT (WPEM) SOLUTION**
Issued May 9, 2015 • us 14/274,429

The invention includes a method and system for providing a user of a mobile device with a set of applicable legal, company policies or safety information based on the global positioning system (GPS) position of the mobile device and a set of predefined policies. The mobile device may be an of several devices including, but not limited to a, cell phone, tablet, or other electronic device. The provided set of applicable legal, company policies or safety information can comprise various information including, but not limited to, restrictions on the use of the cell phone, potential fines for cell phone use, potential dangers, personal protective equipment, prohibitions, guidelines and the like.

The patented solution has been developed to allow EMM/MDM solution providers the ability to provide enterprise employees and consumers to address the growing issue of distracted driving via their existing EMM/MDM solutions.

---

**"APPARATUS AND METHOD FOR DISSOLVING AND DISPENSING SOLUBLLE COMPOUNDS**
Issued May 9, 1995 • us 5,413,280

A method for dissolving and dispensing a soluble substance into a liquid stream being dispensed downstream through a flow restricting device, the method utilizing a container mounted to a base member having a through-bore and entrance and exit orifices providing fluid communication between the through-bore and the container, the method comprising the steps of:

placing the soluble substance into the container;
attaching the container to the base member;
positioning the base member beneath the container;
connecting the base member to a liquid source;
connecting the flow restricting device downstream of the base member;
providing a liquid stream to the through-bore of the base member; and
pressurizing the container.

See patent

---

**CELLULAR PHONE SOFTWARE APPLICATION TO SELECTIVELY DETER PHONE USE**
Filed Apr 23, 2010 • us 61/327,282

The objects described above and other advantages and features of the invention are incorporated in a method and apparatus that provides positive, behavior-modifying reinforcement for deterring cell phone use, and in particular, text messaging ("texting"), while

20 driving. In a preferred embodiment, the invention is embodied in at least one SafeCell software application in combination with a cell phone, smart phone (such as an iPhone® or Android® (device), or personal digital assistant ("PDA") (such as a Palm Pilot® or Blackberry® device), hereinafter simply referred to as a mobile phone, and a computer server that communicates with the end-user SafeCell software application(s).

---

## Interests

**PMI Houston (Project Managemen...**
6,614 members

 **Chevron**
1,865,933 followers

Search

Reactivate Premium for Free

865,801 members

717,046 members

Schlumberger
1,365,937 followers

BP
1,861,378 followers

See all

&M
MBA
ggie

0%
ns

ators
ee...

Linked in

About
Careers
Advertising
Mobile

Talent Solutions
Marketing Solutions
Sales Solutions
Small Business

Community Guidelines
Privacy & Terms
Send feedback
Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy.
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2019

