# EXHIBIT 16

**Janitens, Erik**

| | |
|---|---|
| **From:** | Greeson, Robert |
| **Sent:** | Sunday, August 26, 2018 1:45 PM |
| **To:** | 'William Ramey' |
| **Cc:** | Victoria Kubitskey; Janitens, Erik |
| **Subject:** | RE: SETTLEMENT COMMUNICATIONS - RULE 408 DISCUSSION |

Bill –

Thank you for reaching out.  To help my client better evaluate WPEM's offer, are you willing to share how WPEM arrived at the initial offer?

While providing the additional information will help my client make an informed decision, I expect your initial offer is significantly higher than what SOTI is willing to accept.

While SOTI recognizes the business value in settling a case early, I doubt it will settle for an amount in the ballpark of your initial offer because, as you and I have discussed, the accused technology was publicly available before the priority date of the asserted patent.

I look forward to hearing from you.

Best,

--rg


**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Friday, August 17, 2018 4:28 PM
**To:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** SETTLEMENT COMMUNICATIONS - RULE 408 DISCUSSION
**Importance:** High

Robert,

Given the very early nature of this case, we would like to make a low settlement offer before the parties expend substantial time and other resources.  Our offer is $429,000.00.  This offer is a greatly reduced number from the damages we will be seeking at trial.

This offer will stay open until 8/31/2018.

Please let me know if you have any questions.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006

1

Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.