# EXHIBIT 17

## Janitens, Erik

| | |
|---|---|
| **From:** | Janitens, Erik |
| **Sent:** | Monday, September 10, 2018 1:02 PM |
| **To:** | 'William Ramey'; Greeson, Robert |
| **Cc:** | Victoria Kubitskey; Harry Laxton; Joby Hughes |
| **Subject:** | RE: WPEM, LLC v. SOTI Inc. - FRE 408 Communication |

Bill –

The letter and attachments demonstrate that the technical details WPEM relies on in its infringement contentions (i.e., certain SOTI MobiControl Manual Version 14 pages) were disclosed prior to the patent priority date.  For each Version 14 manual page relied on to allege infringement, we've provided an identical page from the Version 10 manual showing the same functionality.  To the extent you think the Version 14 manual demonstrates infringement, the claims are necessarily invalidated by the Version 10 manual that predates the patent.  If you think this is insufficient to demonstrate that the functionality existed prior to the date of the patent, please let us know.  If you prefer, we can set up a call.

Thanks,
Erik

---

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Thursday, September 6, 2018 8:19 PM
**To:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** RE: WPEM, LLC v. SOTI Inc. - FRE 408 Communication

Erik,

We cannot see a working device.  I do not see a working embodiment?  Am I missing something?  I see very general statements.

That being said, we will keep discussing these issues with you.  When can we meet and discuss?

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

**From:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Sent:** Thursday, September 06, 2018 5:47 PM
**To:** William Ramey <wramey@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: WPEM, LLC v. SOTI Inc. - FRE 408 Communication

Bill –

Following up with this—do you have a response?

Thanks,
Erik

**From:** Janitens, Erik
**Sent:** Monday, August 27, 2018 3:57 PM
**To:** 'William Ramey' <wramey@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: WPEM, LLC v. SOTI Inc. - FRE 408 Communication

Bill –

Documents 10/11 demonstrate MobiControl v10 (w/ speed lockdown functionality shown in documents 1-9) was publicly available in January 2013.

Thanks,
Erik

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Monday, August 27, 2018 2:04 PM
**To:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Cc:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** Re: WPEM, LLC v. SOTI Inc. - FRE 408 Communication

Are he dates apparently t from the documents?

We will review and get back with you.

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

2

**From:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Sent:** Monday, August 27, 2018 11:34 AM
**To:** William Ramey
**Cc:** Janitens, Erik
**Subject:** WPEM, LLC v. SOTI Inc. - FRE 408 Communication

Bill –

Further to our prior discussions, the attached letter and accompanying documents demonstrate the Accused Technology was in use and publicly-available before the priority date of the Asserted Patent.

I look forward to your response.

Best,

--rg

**Robert Greeson** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 7430 | Fax +1 214 855 8200
robert.greeson@nortonrosefulbright.com

### NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.