# EXHIBIT 18

## Janitens, Erik

| | |
|---|---|
| **From:** | Janitens, Erik |
| **Sent:** | Monday, October 15, 2018 9:26 AM |
| **To:** | 'Brett Crockett' |
| **Cc:** | 'Victoria Kubitskey'; 'Harry Laxton'; Greeson, Robert; 'Joby Hughes'; 'William Ramey' |
| **Subject:** | RE: WPEM / SOTI - mediator / prior art discussion |

Brett and Bill –

We are still waiting on a response.

-Erik

**From:** Janitens, Erik
**Sent:** Wednesday, October 10, 2018 3:30 PM
**To:** 'Brett Crockett' <bcrockett@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Joby Hughes <jhughes@rameyfirm.com>; 'William Ramey' <wramey@rameyfirm.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Brett –

Following up.

-Erik

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Sunday, October 7, 2018 9:54 PM
**To:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Brett Crockett <bcrockett@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** Re: WPEM / SOTI - mediator / prior art discussion

I am unavailable.  Check with brett

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

1

**From:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Sent:** Monday, October 8, 2018 7:45 AM
**To:** William Ramey
**Cc:** Victoria Kubitskey; Harry Laxton; Greeson, Robert; Brett Crockett; Joby Hughes
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Bill/Brett –

It's going on two weeks now. I see Brett downloaded the file last Tuesday. Do you have a response?

-Erik

**From:** Janitens, Erik
**Sent:** Tuesday, October 2, 2018 10:18 AM
**To:** 'William Ramey' <wramey@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Brett Crockett <bcrockett@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Bill –

Following up on this. I've sent along another link (separate email) since the link below expires today.

Thanks,
Erik

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Tuesday, September 25, 2018 8:02 AM
**To:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Brett Crockett <bcrockett@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Erik,

Thank you.

Bill

**From:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Sent:** Tuesday, September 25, 2018 6:23 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Brett Crockett <bcrockett@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Bill –

The link is below.  Please use this installation key: BQD5U-T3M9P-AU9P3-Z5FWZ-PXK9M-FTA The activation will "fail" but will allow you a 30 day trial.

The attached PDF (with embedded video) demonstrates where the speed lockdown configuration can be found.

**Secure File Downloads:**
Available until: **02 October 2018**

Click link to download:

**MobiControl1000Setup_9160.zip**
391.38 MB


Thanks,
Erik

---

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Tuesday, September 25, 2018 5:58 AM
**To:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>; Brett Crockett <bcrockett@rameyfirm.com>; Joby Hughes <jhughes@rameyfirm.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion
**Importance:** High

Erik,

We agree to treat as RESTRICTED CONFIDENTIAL AEO.

We cannot agree that it obviates testing but let us see what you have and we can discuss.

I have copied Joby and Brett from my firm.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com
This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

**From:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Sent:** Thursday, September 20, 2018 4:32 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

Bill –

The relevant help pdf pages we previously provided demonstrate that Version 10 had the same speed lockdown functionality as Version 14.  However, to eliminate any doubt, our client has agreed to provide the MobiControl Version 10 Build 9160 executable, i.e., the working product that was available on November 19, 2012 that contains speed lockdown functionality.  This should obviate any need for "testing results."  We will provide you with access to a link provided you agree to treat it as "RESTRICTED CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the Eastern District of Texas Sample Protective Order for Patent Cases until we are bound by a stipulated protective order in this case.

Thanks,
Erik





**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Wednesday, September 12, 2018 6:02 PM
**To:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion
**Importance:** High

Robert,

We will file the Notice of mediator listing Lee Kaplan.

As for the prior art, can you send us:

1. The manual from the time of the alleged inclusion of the feature?  We need to see the manuals from the relevant time-period showing the feature.
2. Also, we need the testing results from the newly added feature.  If the feature was added there will be testing accompanying the new product.

This should help bring us closer. Discovery starts shortly and we can draft formal requests but we think these are relevant to your defense so would need to be produced under the local rules.

Please let me know if you have any questions.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

**From:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Sent:** Wednesday, September 12, 2018 5:47 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion

No objection.

Let me know if / when you'd like to discuss the prior art issue.  Thanks.


**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Wednesday, September 12, 2018 1:00 PM
**To:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** RE: WPEM / SOTI - mediator / prior art discussion
**Importance:** High

Robert,

It was a pleasure to meet you.  We propose Lee Kaplan.

His CV is at https://www.skv.com/attorneys/lee-l-kaplan.aspx.

Please let me know if you have any questions.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941

Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

**From:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Sent:** Wednesday, September 12, 2018 10:25 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Harry Laxton <hlaxton@rameyfirm.com>; Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Subject:** WPEM / SOTI - mediator / prior art discussion

Bill –

Good to speak with you yesterday.  Can you send me the name of the mediator you had in mind?

Also, please let me know when you'd like to discuss the prior art issue we talked about yesterday.

--Robert

**Robert Greeson** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 7430 | Fax +1 214 855 8200
robert.greeson@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.