# EXHIBIT 19

# Janitens, Erik

| | |
|---|---|
| **From:** | bcrockett@rameyfirm.com |
| **Sent:** | Tuesday, October 2, 2018 4:01 PM |
| **To:** | Janitens, Erik |
| **Subject:** | Receipt Notification: MobiControl1000Setup_9160.zip RE: WPEM/SOTI - MobiControl1000Setup_9160 |

**Your files have been received by bcrockett@rameyfirm.com**
02 October 2018 15:54:44

**Return Receipt:**
    File: **MobiControl1000Setup_9160.zip**
    File size: **391.38 MB**
    Downloaded at: **02 October 2018 15:54:44**
    Recipient: **bcrockett@rameyfirm.com**

Secured by Accellion