# EXHIBIT 21

**Janitens, Erik**

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Tuesday, October 16, 2018 1:26 AM |
| **To:** | Janitens, Erik |
| **Cc:** | Victoria Kubitskey; Beth Williams; Greeson, Robert; Harry Laxton; Brett Crockett; Joby Hughes |
| **Subject:** | Re: WPEM v. Soti - Infringement contentions |

Erik,

We would like to explore settlement.  We propose an offer of $150k.  This is a steep reduction from our previous offer.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

---

**From:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Sent:** Monday, October 15, 2018 8:18 PM
**To:** William Ramey
**Cc:** Victoria Kubitskey; Beth Williams; Greeson, Robert; Harry Laxton; Brett Crockett; Joby Hughes
**Subject:** RE: WPEM v. Soti - Infringement contentions

Bill –

WPEM's infringement contentions cover pleading states:

Regarding patent claims asserted in this cause, Huawei **[sic]** infringes and has infringed:
• claims 1 - 14 of the '762 patent (collectively, the "Asserted Clams").

Since claims 5, 6, and 10 are not charted in Ex. A, we presume WPEM is asserting only claims 1-4, 7-9, and 11-14.  Is this correct?

-Erik

---

**From:** William Ramey [mailto:wramey@rameyfirm.com]
**Sent:** Thursday, September 6, 2018 7:54 PM
**To:** Janitens, Erik <erik.janitens@nortonrosefulbright.com>
**Cc:** Victoria Kubitskey <vkubitskey@rameyfirm.com>; Beth Williams <bwilliams@rameyfirm.com>; Greeson, Robert

&lt;robert.greeson@nortonrosefulbright.com&gt;; Harry Laxton &lt;hlaxton@rameyfirm.com&gt;
**Subject:** RE: WPEM v. Soti - Infringement contentions
**Importance:** High

Erik,

It appears Vicki from our office served the documents but not the actual ICs.

I am attaching the words versions that existed on that date and those versions converted to PDF.

You can run a comparison and see no changes were made.

I am not sure how this happened, but we are investigating.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com
This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

---

**From:** Janitens, Erik &lt;erik.janitens@nortonrosefulbright.com&gt;
**Sent:** Thursday, September 06, 2018 5:46 PM
**To:** William Ramey &lt;wramey@rameyfirm.com&gt;
**Cc:** Victoria Kubitskey &lt;vkubitskey@rameyfirm.com&gt;; Beth Williams &lt;bwilliams@rameyfirm.com&gt;; Greeson, Robert &lt;robert.greeson@nortonrosefulbright.com&gt;
**Subject:** WPEM v. Soti - Infringement contentions

Bill –

According to Judge Gilstrap's August 9th Order, WPEM was to comply with P.R. 3-1 and 3-2 by August 28th.  *See* Dkt. No. 11.   On August 28th, we received a link to "2018-08-28 – As Served.zip" containing WPEM000001-WPEM001048, which are presumably WPEM's 3-2 disclosures (see image below).  However, we have yet to receive WPEM's 3-1 infringement contentions.  Please let us know when we can expect WPEM to comply with P.R. 3-1.

Thanks,
Erik



2018-08-28 - As Served.zip



⚠ The items in this zip are browse only.

📁 2018-08-28 - As Served

📄 WPEM000001-WPEM000026.pdf    2 MB, Modified: 8/28/18 11:26 AM

📄 WPEM000027-WPEM000347.pdf    15 MB, Modified: 8/28/18 11:28 AM

📄 WPEM000348-WPEM000702.pdf    14 MB, Modified: 8/28/18 11:45 AM

📄 WPEM000703-WPEM000974.pdf    15 MB, Modified: 8/28/18 11:46 AM

📄 WPEM000975-WPEM001048.pdf    4 MB, Modified: 8/28/18 4:21 PM

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.