# EXHIBIT 23

# Janitens, Erik

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Wednesday, October 24, 2018 8:45 PM |
| **To:** | Greeson, Robert |
| **Cc:** | Harry Laxton; Brett Crockett; Joby Hughes; Janitens, Erik |
| **Subject:** | Re: WPEM v. SOTI - Rule 408 discussion |

Robert,

Under Rule 408, WPEM offers to dismiss its claims with prejudice and grant a license in exchange for your clients dismissal of its claims and for your client to not pursue its attorneys fees or costs.

Litigating the validity of the patent appears to be in neither party's best interest and I think we can save both our clients money through this proposal.

Please let us know.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

---

**From:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Sent:** Thursday, October 25, 2018 6:49 AM
**To:** William Ramey
**Cc:** Harry Laxton; Brett Crockett; Joby Hughes; Janitens, Erik
**Subject:** Re: WPEM v. SOTI - Rule 408 discussion

SOTI Declines.

Please let us know if you are going to represent / accept service on behalf of the inventor(s) and / or prosecution counsel.

—rg

On Oct 24, 2018, at 7:53 PM, William Ramey <wramey@rameyfirm.com> wrote:

>    Robert,

1

We would accept $75k to settle all claims in this lawsuit.  The offer will stay open for three days.  The settlement comes with a license.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

---

**From:** Greeson, Robert <robert.greeson@nortonrosefulbright.com>
**Sent:** Thursday, October 18, 2018 2:54 AM
**To:** William Ramey
**Cc:** Victoria Kubitskey; Beth Williams; Harry Laxton; Brett Crockett; Joby Hughes; Janitens, Erik
**Subject:** RE: WPEM v. SOTI - Deposition Notices

Bill –

SOTI intends to depose William Scott Taylor and Tina Pantoja, as well as prosecution counsel including Brett Cooke and Donald Rommelmann.

Are you going to represent / accept service of the deposition notices on behalf of any of the foregoing individuals, or do we need to contact each directly?  Please let us know, and thanks.

Best,

--Robert


**Robert Greeson** | Partner
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 7430 | Fax +1 214 855 8200
robert.greeson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com


**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose

Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at [nortonrosefulbright.com](nortonrosefulbright.com).