# EXHIBIT 24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WPEM, LLC, § § *Plaintiff*, § § v. § § SOTI INC., § § *Defendant*. § § § | Case No. 2:18-cv-00156-JRG  JURY TRIAL DEMANDED |

## DECLARATION OF ROBERT GREESON

I, Robert Greeson, declare as follows:

1. I am a partner with Norton Rose Fulbright US LLP, counsel for Defendant SOTI Inc. ("SOTI") in the above-captioned action. I am admitted to practice law in the Eastern District of Texas. I make this declaration in support of SOTI's Motion to Recover Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Motion"), based upon my own personal knowledge of the facts stated herein, and, if called to testify, I could and would testify competently thereto.

2. Attached to the Motion as Exhibit 4 is a true and correct copy of Scott Taylor's LinkedIn page at https://www.linkedin.com/in/scott-taylor-b8803221/ as of March 12, 2019.

3. Attached to the Motion as Exhibit 11 is a true and correct copy of SOTI's MobiControl Release Notes page at https://docs.soti.net/soti-mobicontrol/release-notes/ as of March 12, 2019.

4. Attached to the Motion as Exhibit 12 is a true and correct copy of a Google search of the term "MobiControl Speed Lockdown" at https://www.google.com/search?q=MobiControl+Speed+Lockdown&rlz=1C1GCEB_enUS803US803&oq=Mobi&aqs=chrome.0.69i59l2j69i65l3j69i57.2362j0j7&source as of March 12, 2019.

- 2 -

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Dated: March 15, 2019

_____
Robert Greeson