# United States Court of Appeals
# for the Federal Circuit

---

**WPEM, LLC,**
*Plaintiff-Appellant*

v.

**SOTI INC.,**
*Defendant-Appellee*

---

2020-1483

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00156-JRG, Chief Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

December 9, 2020         /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court